No. 417. FUEL CREDIT CORPORATION v. HOWARD ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

692

*Mr. Theodore L. Bailey* for petitioner. *Messrs. John E. Purdy* and *Edmund F. Lamb* for respondents.